**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**ERIE DIVISION**

IN RE:                                                                                                                  CASE NO.: 15-10775-TPA
                                                                                                                                              CHAPTER 13

**Theodore R. Albertine,**

  and,

**Crystal D. Albertine,**

  Debtors.

_____/

**REQUEST FOR SERVICE**

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID & CRANE LLC**
**10700 ABBOTT'S BRIDGE ROAD, SUITE 170,**
**DULUTH, GA 30097**

                                      Robertson, Anschutz, Schneid & Crane LLC
                                      Attorney for Secured Creditor
                                      10700 Abbott's Bridge Road, Suite 170,
                                      Duluth, GA 30097
                                      Telephone: 470-321-7112

                                  By: /s/Sindi Mncina
                                        Sindi Mncina, Esquire
                                        Email: smncina@rascrane.com

## CERTIFICATE OF SERVICE

   **I HEREBY CERTIFY** that on April 15, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Theodore R. Albertine
17 Fulton Road
Shippenville, PA 16254

Crystal D. Albertine
17 Fulton Road
Shippenville, PA 16254

And via electronic mail to:

Stephen William French
Pope, Drayer and Associates
10 Grant Street
Clarion, PA 16214

Ronda J. Winnecour
Chapter 13 Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

              Robertson, Anschutz, Schneid & Crane LLC
              Attorney for Secured Creditor
              10700 Abbott's Bridge Road, Suite 170,
              Duluth, GA 30097
              Telephone: 470-321-7112

              By: /s/Sindi Mncina
              Sindi Mncina
              Email: smncina@rascrane.com