FILED
8/3/20 12:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>　THEODORE R. ALBERTINE<br>CRYSTAL D. ALBERTINE<br>　　　　Debtor(s)<br>　Ronda J. Winnecour, Trustee<br>　　Movant<br>　　　vs.<br>THEODORE R. ALBERTINE<br>CRYSTAL D. ALBERTINE<br><br>　　　Respondents | Case No.15-10775TPA<br><br>Chapter 13<br><br>Document No. 74 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this ___3rd___ day of ___August___, 2020, it is hereby ORDERED, ADJUDGED, and DECREED that,

Bur Of Comm Payroll Operations
Attn: Payroll Manager
Pob 8006
Harrisburg, PA 17105-

is hereby ordered to immediately terminate the attachment of the wages of THEODORE R. ALBERTINE, social security number XXX-XX-3323. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of THEODORE R. ALBERTINE.

cc: Debtor(s)
　　Debtor(s) Attorney

BY THE COURT:

_/s/ Ronda J. Winnecour_　jlm
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 15-10775-TPA
Theodore R. Albertine                                                     Chapter 13
Crystal D. Albertine
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: nsha              Page 1 of 1              Date Rcvd: Aug 03, 2020
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 05, 2020.
db/jdb         +Theodore R. Albertine,   Crystal D. Albertine,   17 Fulton Road,   Shippenville, PA 16254-1601

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 3, 2020 at the address(es) listed below:
          David Neeren    on behalf of Creditor   PNC Bank, National Association dneeren@rasnj.com
          Elizabeth Lamont Wassall    on behalf of Creditor   PNC Bank, National Association pabk@logs.com,
           ewassall@logs.com
          James Warmbrodt    on behalf of Creditor   PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com
          James Warmbrodt    on behalf of Creditor   PNC Bank, National Association bkgroup@kmllawgroup.com
          Lauren Berschler Karl    on behalf of Creditor   PNC Bank, National Association lkarl@rascrane.com,
           lbkarl03@yahoo.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Sindi Mncina    on behalf of Creditor   NewRez LLC smncina@rascrane.com
          Stephen William French    on behalf of Debtor Theodore R. Albertine sfrenchesq@yahoo.com,
           lmaxwell@clarionattorneys.com
          Stephen William French    on behalf of Joint Debtor Crystal D. Albertine sfrenchesq@yahoo.com,
           lmaxwell@clarionattorneys.com
                                                                                             TOTAL: 10