Form 300a

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **Theodore R. Albertine** : | Case No. 15−10775−TPA |
| **Crystal D. Albertine** : | Chapter: 13 |
| *Debtor(s)* : | |
| : | |
| **RONDA J. WINNECOUR, Trustee,** : | |
| *Movant(s),* : | |
| : | Related to Document No. 80 |
| v. : | |
| **No Respondents** : | Hearing Date: 12/9/20 at 12:00 PM |
| *Respondent(s).* : | |

**ORDER SCHEDULING DATE FOR RESPONSE**
**AND HEARING ON MOTION**

    *AND NOW,* this *The 30th of September, 2020*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 80 , by the Chapter 13 Trustee

    It is hereby **ORDERED, ADJUDGED and DECREED** that:

    (1)  *On or before November 16, 2020*, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 OR U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

    (2)  This *Motion* is scheduled for hearing on *December 9, 2020 at 12:00 PM* in https://www.zoomgov.com/j/16021303488, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Agresti's Amended Procedures effective 6/10/20 on the Court's Website.

    (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.* In the event a default order has been signed, the Moving Party shall *IMMEDIATELY* advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

    (4)  If either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* are not timely filed, once the Motion is approved, *without further notice or hearing, the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE.*

    *[signature]*
Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Theodore R. Albertine  
Crystal D. Albertine  
    Debtor(s)

Case No. 15-10775-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: jmar | Page 1 of 2 |
| Date Rcvd: Sep 30, 2020 | Form ID: 300a | Total Noticed: 20 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Theodore R. Albertine, Crystal D. Albertine, 17 Fulton Road, Shippenville, PA 16254-1601 |
| cr | + | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, P.O. BOX 9013, Addison, TX 75001-9013 |
| cr | + | NewRez LLC, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14080719 | + | Allied Interstate, 570004099062, PO Box 4000, Warrenton, VA 20188-4000 |
| 14080723 | + | Charlotte B. Shafer, 8 Burma Road, Drums, PA 18222-2822 |
| 14080724 | + | Clarion County Sheriff's Office, Clarion County Courthouse, 421 Main Street, Clarion, PA 16214-1087 |
| 14080725 | + | David A. Shafer, 8 Burma Road, Drums, PA 18222-2822 |
| 14080727 | + | HSBC Bank Nevada, PO Box 5253, Carol Stream, IL 60197-5253 |
| 15159346 | | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14080729 | | Northland Group, Inc., F93793534, PO Box 390846, Minneapolis, MN 55439-0846 |
| 14098644 | + | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342-5421 |
| 14080730 | + | PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342-5421 |
| 14080732 | | Udren Law Offices, PC, Woodcrest Corporate Cntr, 111 Woodcrest Road, Ste 200, Cherry Hill, NJ 08003-3620 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14080722 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 01 2020 03:34:44 | Capital One Bank, USA, NA, PO Box 30281, Salt Lake City, Utah 84130-0281 |
| 14109663 | + | Email/Text: bankruptcy@cavps.com | Oct 01 2020 03:16:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14080726 | | Email/Text: mrdiscen@discover.com | Oct 01 2020 03:15:00 | Discover Bank, PO Box 15316, Wilmington, Delaware 19850-5316 |
| 14087834 | | Email/Text: mrdiscen@discover.com | Oct 01 2020 03:15:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14080728 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 01 2020 03:33:14 | LVNV Funding LLC, xxxxx8490, PO Box 10497, Greenville, , SC 29603-0497 |
| 14150249 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 01 2020 03:31:35 | LVNV Funding, LLC its successors and assigns as, assignee of Vion Holdings LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14080731 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 01 2020 03:31:35 | Resurgent Capital Services, LP, PO Box 10826, Greenville, SC 29603-0826 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK NATIONAL ASSOCIATION |

| | | |
|---|---|---|
| cr | | PNC Bank, National Association |
| 14080720 | | American Education Services |
| 14080721 | | Harrisburg, PA 17130-0001 |
| cr | * | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| jdb | *+ | Crystal D. Albertine, 17 Fulton Road, Shippenville, PA 16254-1601 |

TOTAL: 4 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2020     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2020 at the address(es) listed below:

**Name** | **Email Address**

Brian Nicholas
  on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Brian Nicholas
  on behalf of Creditor PNC Bank  National Association bnicholas@kmllawgroup.com

David Neeren
  on behalf of Creditor PNC Bank  National Association dneeren@rasnj.com

Elizabeth Lamont Wassall
  on behalf of Creditor PNC Bank  National Association pabk@logs.com, ewassall@logs.com

Lauren Berschler Karl
  on behalf of Creditor PNC Bank  National Association lkarl@rascrane.com, lbkarl03@yahoo.com

Office of the United States Trustee
  ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
  cmecf@chapter13trusteewdpa.com

Sindi Mncina
  on behalf of Creditor NewRez LLC smncina@rascrane.com

Stephen William French
  on behalf of Debtor Theodore R. Albertine sfrenchesq@yahoo.com  lmaxwell@clarionattorneys.com

Stephen William French
  on behalf of Joint Debtor Crystal D. Albertine sfrenchesq@yahoo.com  lmaxwell@clarionattorneys.com

TOTAL: 10