**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>THEODORE R. ALBERTINE<br>CRYSTAL D. ALBERTINE<br>     Debtor(s)<br><br>Ronda J. Winnecour<br> Chapter 13 Trustee,<br>          Movant<br>     vs.<br>No Respondents. | Case No.:15-10775 TPA<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

   1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
   2. Approve the Trustee's Report of Receipts and Disbursements,
   3. Terminate wage attachments,
   4. Revest property of the estate in the debtor(s), and
   5. Enter a final decree and close this case.

September 28, 2020

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 07/22/2015 and confirmed on 9/30/15. The case was subsequently        Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 77,542.18 |
| Less Refunds to Debtor | 944.65 | |
| TOTAL AMOUNT OF PLAN FUND | | 76,597.53 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 0.00 | |
|   Trustee Fee | 3,426.04 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,426.04 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   NEW REZ LLC D/B/A SHELLPOINT MORTG | 0.00 | 41,579.93 | 0.00 | 41,579.93 |
|     Acct: 4981 | | | | |
|   NEW REZ LLC D/B/A SHELLPOINT MORTG | 21,644.58 | 21,644.58 | 0.00 | 21,644.58 |
|     Acct: 4981 | | | | |
| | | | | 63,224.51 |
| **Priority** | | | | |
|   STEPHEN WILLIAM FRENCH ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THEODORE R. ALBERTINE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THEODORE R. ALBERTINE | 629.54 | 629.54 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THEODORE R. ALBERTINE | 315.11 | 315.11 | 0.00 | 0.00 |
|     Acct: | | | | |
|   POPE AND DRAYER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   AES (AMERICAN EDUCATION SRVCS) | 0.00 | 7,795.80 | 0.00 | 7,795.80 |
|     Acct: 0675 | | | | |
|   CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6488 | | | | |
|   DISCOVER BANK(*) | 797.38 | 760.49 | 0.00 | 760.49 |
|     Acct: 6799 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 316.66 | 302.01 | 0.00 | 302.01 |
|     Acct: 4726 | | | | |
|   CAVALRY SPV I LLC - ASSIGNEE(*) | 1,141.48 | 1,088.68 | 0.00 | 1,088.68 |
|     Acct: 5560 | | | | |
|   BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ROBERTSON ANSCHUTZ & SCHNEID PL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 9,946.98 |

| TOTAL PAID TO CREDITORS | | 73,171.49 |
|---|---|---|
| TOTAL CLAIMED | | |
| PRIORITY | 0.00 | |
| SECURED | 21,644.58 | |
| UNSECURED | 2,255.52 | |

Date: 09/28/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    THEODORE R. ALBERTINE
    CRYSTAL D. ALBERTINE
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:15-10775 TPA

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

    BY THE COURT:

    _____
    U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 15-10775-TPA
Theodore R. Albertine                                                                           Chapter 13
Crystal D. Albertine
        Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-1        User: jmar        Page 1 of 2
Date Rcvd: Sep 30, 2020     Form ID: pdf900   Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol    Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Theodore R. Albertine, Crystal D. Albertine, 17 Fulton Road, Shippenville, PA 16254-1601 |
| cr | + | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, P.O. BOX 9013, Addison, TX 75001-9013 |
| cr | + | NewRez LLC, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14080719 | + | Allied Interstate, 570004099062, PO Box 4000, Warrenton, VA 20188-4000 |
| 14080723 | + | Charlotte B. Shafer, 8 Burma Road, Drums, PA 18222-2822 |
| 14080724 | + | Clarion County Sheriff's Office, Clarion County Courthouse, 421 Main Street, Clarion, PA 16214-1087 |
| 14080725 | + | David A. Shafer, 8 Burma Road, Drums, PA 18222-2822 |
| 14080727 | + | HSBC Bank Nevada, PO Box 5253, Carol Stream, IL 60197-5253 |
| 15159346 | | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14080729 | | Northland Group, Inc., F93793534, PO Box 390846, Minneapolis, MN 55439-0846 |
| 14098644 | + | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342-5421 |
| 14080730 | + | PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342-5421 |
| 14080732 | | Udren Law Offices, PC, Woodcrest Corporate Cntr, 111 Woodcrest Road, Ste 200, Cherry Hill, NJ 08003-3620 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14080722 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 01 2020 03:31:29 | Capital One Bank, USA, NA, PO Box 30281, Salt Lake City, Utah 84130-0281 |
| 14109663 | + | Email/Text: bankruptcy@cavps.com | Oct 01 2020 03:17:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14080726 | | Email/Text: mrdiscen@discover.com | Oct 01 2020 03:15:00 | Discover Bank, PO Box 15316, Wilmington, Delaware 19850-5316 |
| 14087834 | | Email/Text: mrdiscen@discover.com | Oct 01 2020 03:15:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14080728 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 01 2020 03:33:15 | LVNV Funding LLC, xxxxx8490, PO Box 10497, Greenville, , SC 29603-0497 |
| 14150249 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 01 2020 03:31:35 | LVNV Funding, LLC its successors and assigns as, assignee of Vion Holdings LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14080731 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 01 2020 03:33:15 | Resurgent Capital Services, LP, PO Box 10826, Greenville, SC 29603-0826 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK NATIONAL ASSOCIATION |

Case 15-10775-TPA    Doc 84    Filed 10/02/20    Entered 10/03/20 02:01:26    Desc Imaged
Certificate of Notice    Page 6 of 6

| District/off: 0315-1 | User: jmar | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 30, 2020 | Form ID: pdf900 | Total Noticed: 20 |

| cr | | PNC Bank, National Association |
|---|---|---|
| 14080720 | | American Education Services |
| 14080721 | | Harrisburg, PA 17130-0001 |
| cr | * | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| jdb | *+ | Crystal D. Albertine, 17 Fulton Road, Shippenville, PA 16254-1601 |

TOTAL: 4 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2020              Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor PNC Bank National Association bnicholas@kmllawgroup.com |
| David Neeren | on behalf of Creditor PNC Bank National Association dneeren@rasnj.com |
| Elizabeth Lamont Wassall | on behalf of Creditor PNC Bank National Association pabk@logs.com, ewassall@logs.com |
| Lauren Berschler Karl | on behalf of Creditor PNC Bank National Association lkarl@rascrane.com, lbkarl03@yahoo.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Sindi Mncina | on behalf of Creditor NewRez LLC smncina@rascrane.com |
| Stephen William French | on behalf of Debtor Theodore R. Albertine sfrenchesq@yahoo.com lmaxwell@clarionattorneys.com |
| Stephen William French | on behalf of Joint Debtor Crystal D. Albertine sfrenchesq@yahoo.com lmaxwell@clarionattorneys.com |

TOTAL: 10