Certificate Number: 15317-PAW-DE-034957232

Bankruptcy Case Number: 15-10775



15317-PAW-DE-034957232

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 6, 2020</u>, at <u>9:22</u> o'clock <u>PM PDT</u>, <u>Theodore R Albertine</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   <u>October 6, 2020</u>            By:    <u>/s/Eric Reyes</u>

Name:  <u>Eric Reyes</u>

Title:   <u>Certified Counselor</u>