IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** : | | Bankruptcy No. 15-10775-TPA |
| Theodore R. Albertine : | | |
| Crystal D. Albertine, : | | |
|     Debtor(s) : | | |
| : | | Chapter 13 |
| Theodore R. Albertine : | | |
| Crystal D. Albertine, : | | |
|     Debtor(s), Movant : | | |
| : | | |
|     v. : | | |
| Ronda J. Winnecour, Trustee : | | |
| Respondents : | | |

**DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code.  The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328 (f)(1) of the Bankruptcy Code.  Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible of a discharge.

4. On November 16, 2015, and October 7, 2020, at docket number 15-10775-TPA, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management,* with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by: Undersigned Counsel duly questioned Debtors about the statements in this Certification and verified the answers in support of this Certification.

Dated: December 9, 2020            By: /s/ Stephen W. French
                                                          Signature
                                                          Stephen W. French
                                                          Name of Filer – Typed
                                                          10 Grant Street, Suite B, Clarion, PA 16214
                                                          Address of Filer
                                                          sfrenchesq@yahoo.com

<u>(814) 223-3000</u>
Phone Number of Filer
<u>PA ID# 62150        Pennsylvania</u>
Bar I.D. and State of Admission

**PAWB Local Form 24 (07/13)**