IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | : | Bankruptcy No. 15-10775-TPA |
| Theodore R. Albertine | : | |
| Crystal D. Albertine, | : | |
| Debtor(s) | : | |
| | : | Chapter 13 |
| Theodore R. Albertine | : | |
| Crystal D. Albertine, | : | |
| Debtor(s), Movant | : | |
| | : | Related to Docket No. 93 |
| v. | : | |
| Ronda J. Winnecour, Trustee | : | |
| Respondents | : | |

**DEBTOR'S MOTION FOR RECONSIDERATION**

AND NOW comes, Theodore R. Albertine and Crystal D. Albertine, Debtors, by and through their undersigned counsel, respectfully represents the following:

1. This case was filed on July 22, 2015.

2. Ronda J. Winnecour is the Chapter 13 Standing Trustee in this case.

3. After a 341 Meeting of Creditors held on September 30, 2015, Debtors took a Post Financial Management Course on November 16, 2015, with Access Counseling, Inc. Debtor, Theodore R. Albertine's Certificate Number is 15317-PAW-DE-026536487; Joint Debtor, Crystal D. Albertine's Certificate Number is 15317-PAW-DE-026536488.

4. On November 16, 2015, Counsel for Debtors filed Debtor and Joint Debtors Financial Management Course Certificates of Debtor Education at Numbers listed above, together with Official Form 23, Debtor's and Joint Debtor's Certification of Completion of Post Petition Instructional Course Concerning

    Personal Financial Management at Document Numbers 44 and 45.

5. On October 7, 2020, after believing that the Court was still in need of a Financial Management Certificate, Counsel for Debtor and Joint Debtor had another course taken and filed another Financial Management Certificate and Certification (Official Form 423) at Document Numbers 85,86,87, and 88.

6. On December 9, 2020, Counsel for Debtors received an Order dated December 8, 2020, stating that Debtor is to file a Statement of Completion and that the case is "DEEMED CLOSED, without entry of a discharge order."

7. On December 9, 2020, Counsel for Debtor's office contacted Bankruptcy Court and asked why there would be no entry of discharge, as Debtor and Joint Debtor had taken two Financial Management Courses, filed both, together with Form 23 and Official Form 423, on the above dates and document numbers.

8. Counsel for Debtor was informed that pursuant to the second paragraph of the August 19, 2019 order, "In this case, the Debtor(s) failed to timely file a certification substantially conforming to Official Form No. 423, i.e., a **Certification of Completion of Postpetition Instructional Course Concerning Personal Financial Management,** that reflects timely attendance at a course in personal financial management, or alternatively,

a basis for excuse from such obligation, and/or a **Certification of Discharge Eligibility.**"

9. Counsel for Debtors believed that and/or meant one or the other and believed that he had already filed the necessary Certificates two times, had filed Official Form 23, as well as Official Form 423 and did not realize that Local Form 24 was required.

10. Upon becoming aware of the Local Form 24 and its requirement, Counsel for Debtor has completed and will be filing the Local Form 24 on or about the same time as the filing of this Motion.

11. Counsel for Debtors is respectfully requesting that the Court enter the Local Form 24 and request that it be accepted, and that the Order dated December 8, 2020, be vacated with an Order being filed to discharge the Debtors in this bankruptcy case.

WHEREFORE, Debtors and Counsel for Debtors, respectfully request that this Honorable Court permit the entry of the Local Form 24 in this matter and that the Court enter an Order vacating the August 19, 2019 Order and discharging the Debtors in this bankruptcy case.

December 9, 2020

Respectfully submitted:
/s/ Stephen W. French
Stephen W. French (PA ID# 62150)
Attorney for Debtors
French Law, PC
10 Grant Street, Suite B
Clarion, PA 16214
(814) 223-3000
sfrenchesq@yahoo.com