IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | : | Bankruptcy No. 15-10775-TPA |
|    Theodore R. Albertine | : | |
|    Crystal D. Albertine, | : | |
|          Debtor(s) | : | |
| | : | Chapter 13 |
|    Theodore R. Albertine | : | |
|    Crystal D. Albertine, | : | |
|          Debtor(s), Movant | : | |
| | : | Related to Docket No. 93 |
|    v. | : | |
| Ronda J. Winnecour, Trustee | : | |
| Respondents | : | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE
ON DEBTORS MOTION FOR RECONSIDERATION**

TO THE RESPONDENT:

You are hereby notified that the Movants seek an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than January 3, 2021, in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov .  If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held.  Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and Motion to a lawyer at once.

A hearing will be held on January 6, 2021, at 10:00 a.m., before Judge Thomas P. Agresti by Zoom Video Conference Application at the following link: https://www.zoomgov.com/j/16021303488, or alternatively, to attend and use the following Meeting ID: 160 2130 3488.  Only a limited time of ten (10) minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

| | |
|---|---|
| Date of Service: December 9, 2020 | Stephen W. French, Esquire |
| | Attorney for Movant/Applicant |
| | /s/Stephen W. French |
| | Signature |
| | 10 Grant Street, Suite B, Clarion, PA 16214 |
| | Address |
| | (814) 223-3000 |
| | Telephone Number |
| | 62150 |
| | Attorney ID No. |