IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | : | Bankruptcy No. 15-10775-TPA |
| Theodore R. Albertine | : | |
| Crystal D. Albertine, | : | |
| Debtor(s) | : | |
| | : | Chapter 13 |
| Theodore R. Albertine | : | |
| Crystal D. Albertine, | : | |
| Debtor(s), Movant | : | |
| | : | |
| v. | : | |
| Ronda J. Winnecour, Trustee | : | |
| Respondents | : | |

### CERTIFICATE OF SERVICE OF NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING MOTION FOR RECONSIDERATION

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on December 9, 2020.

The type of service made on the parties was First Class Mail and email.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail is listed under the heading "Service by First-Class Mail".

EXECUTED ON: December 9, 2020            By: /s/Stephen W. French, Esquire

Stephen W. French, Esquire
Typed Name
10 Grant Street, Suite B, Clarion, PA 16214
Address
(814) 223-3000
Phone No.
62150                    Pennsylvania
Bar I.D.                 State of Admission

SERVICE BY NEF
Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
Ronda J. Winnecour, Trustee   cmecf@chapter13trusteewdpa.com
Brian Nicholas   bnicholas@kmllawgroup.com
David Neeren   dneeren@rasnj.com
Elizabeth Lamont Wassall   pabk@logs.com
Lauren Berschler Karl   lkarl@rascrane.com
Sindi Mncina   smncina@rascrane.com

SERVICE BY FIRST CLASS MAIL
Theodore R. Albertine          17 Fulton Road, Shippenville, PA 16254
Crystal D. Albertine    17 Fulton Road, Shippenville, PA 16254
NewRez LLC, d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826
NewRez LLC, Robertson, Anschutz, Schneid & Crane, LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097
NEWREZ, LLC, D/B/A SHELLPOINT MORTGAGE SERVICING PO Box 9013, Addison, TX 75001
Allied Interstate, 570004099062, PO Box 4000, Warrenton, VA 20188
Capital One Bank, USA, NA , PO Box 30281, Salt Lake City, Utah 84130
Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste. 400, Valhalla, NY 10595
Charlotte B. Shafer, 8 Burma Road, Drums, PA 18222
Clarion County Sheriff's Office, Clarion County Courthouse, 421 Main Street, Clarion, PA 16214
David A. Shafer, 8 Burma Road, Drums, PA 18222
Discover Bank, Discover Products, Inc., PO Box 3025, New Albany, OH 43054-3025
Discover Bank, PO Box 15316, Wilmington, DE 19850-5316
HSBC Bank Nevada, PO Box 5253, Carol Stream, IL 60197
LVNV Funding, LLC, xxxxx10497, PO Box 10497, Greenville, SC 29603
LVNV Funding, LLC, its successors and assigns as assignee of Vion Holdings, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603
New Rez, LLC d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826
Northland Group, Inc., F937933534, PO Box 390846, Minneapolis, MN 55439-0846
PNC Bank, N.A. , 3232 Newmark Drive, Miamisburg, OH 45342
PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342
Resurgent Capital Services, LP, PO Box 10826, Greenville, SC 29603-0826
Udren Law Offices, PC, Woodcrest Corporate Center, 111 Woodcrest Road, Ste. 200, Cherry Hill, NJ 08003-3620