Form 317 (63b–D)

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **Theodore R. Albertine** : | Case No. 15−10775−TPA |
| **Crystal D. Albertine** : | Chapter: 13 |
| *Debtor(s)* : | |
| : | |
| : | |
| : | |

### ORDER

    In a Chapter 13 case, *Fed.R.Bankr.P. 1007(c)* requires an individual Debtor to file a **Statement of Completion** evidencing completion of a personal financial management course, or alternatively, a **Certification** that the Debtor is not required to complete such course due to incapacity, dischargeability, or active military duty. The deadline for filing one of the above documents is no later than the date when the last payment was made by the Debtor as required by the plan or the filing of a motion for a discharge under *11 U.S.C. §1328(b)* of the Bankruptcy Code. Furthermore, *11 U.S.C. §1328(g)(1)* requires that no discharge shall be granted unless the Debtor completes an instructional course concerning personal financial management after filing the petition or is excused from the requirement to do so.

    In this case, the Debtor(s) failed to timely file a certification substantially conforming to *Official Form No. 423*, i.e., a **Certification of Completion of Postpetition Instructional Course Concerning Personal Financial Management**, that reflects timely attendance at a course in personal financial management, or alternatively, a basis for excuse from such obligation, and/or a **Certification of Discharge Eligibility**.

    *AND NOW*, this **The 8th of December, 2020**, it is hereby **ORDERED, ADJUDGED and DECREED** that this case is **DEEMED CLOSED, without entry of a discharge order**. Debtor(s) shall not receive a discharge of his or her debts in this bankruptcy case.

cm: Debtor

Thomas P. Agresti, Judge
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-10775-TPA |
| Theodore R. Albertine | Chapter 13 |
| Crystal D. Albertine | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: jmar | Page 1 of 2 |
| Date Rcvd: Dec 08, 2020 | Form ID: 317 | Total Noticed: 20 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Theodore R. Albertine, Crystal D. Albertine, 17 Fulton Road, Shippenville, PA 16254-1601 |
| cr | + | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, P.O. BOX 9013, Addison, TX 75001-9013 |
| cr | + | NewRez LLC, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14080719 | + | Allied Interstate, 570004099062, PO Box 4000, Warrenton, VA 20188-4000 |
| 14080723 | + | Charlotte B. Shafer, 8 Burma Road, Drums, PA 18222-2822 |
| 14080724 | + | Clarion County Sheriff's Office, Clarion County Courthouse, 421 Main Street, Clarion, PA 16214-1087 |
| 14080725 | + | David A. Shafer, 8 Burma Road, Drums, PA 18222-2822 |
| 14080727 | + | HSBC Bank Nevada, PO Box 5253, Carol Stream, IL 60197-5253 |
| 15159346 | | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14080729 | | Northland Group, Inc., F93793534, PO Box 390846, Minneapolis, MN 55439-0846 |
| 14080732 | | Udren Law Offices, PC, Woodcrest Corporate Cntr, 111 Woodcrest Road, Ste 200, Cherry Hill, NJ 08003-3620 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14080722 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 09 2020 03:41:34 | Capital One Bank, USA, NA, PO Box 30281, Salt Lake City, Utah 84130-0281 |
| 14109663 | + | Email/Text: bankruptcy@cavps.com | Dec 09 2020 03:20:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14080726 | | Email/Text: mrdiscen@discover.com | Dec 09 2020 03:19:00 | Discover Bank, PO Box 15316, Wilmington, Delaware 19850-5316 |
| 14087834 | | Email/Text: mrdiscen@discover.com | Dec 09 2020 03:19:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14080728 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 09 2020 03:40:00 | LVNV Funding LLC, xxxxx8490, PO Box 10497, Greenville, , SC 29603-0497 |
| 14150249 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 09 2020 03:41:38 | LVNV Funding, LLC its successors and assigns as, assignee of Vion Holdings LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14098644 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 09 2020 03:19:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14080730 | + | Email/Text: Bankruptcy.Notices@pnc.com | Dec 09 2020 03:19:00 | PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342-5421 |
| 14080731 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 09 2020 03:38:26 | Resurgent Capital Services, LP, PO Box 10826, Greenville, SC 29603-0826 |

TOTAL: 9

# BYPASSED RECIPIENTS

| District/off: 0315-1 | User: jmar | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 08, 2020 | Form ID: 317 | Total Noticed: 20 |

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK NATIONAL ASSOCIATION |
| cr | | PNC Bank, National Association |
| 14080720 | | American Education Services |
| 14080721 | | Harrisburg, PA 17130-0001 |
| cr | * | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |

TOTAL: 4 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2020                     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor PNC Bank  National Association bnicholas@kmllawgroup.com |
| David Neeren | on behalf of Creditor PNC Bank  National Association dneeren@rasnj.com |
| Elizabeth Lamont Wassall | on behalf of Creditor PNC Bank  National Association pabk@logs.com, ewassall@logs.com |
| Lauren Berschler Karl | on behalf of Creditor PNC Bank  National Association lkarl@rascrane.com, lbkarl03@yahoo.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Sindi Mncina | on behalf of Creditor NewRez LLC smncina@rascrane.com |
| Stephen William French | on behalf of Debtor Theodore R. Albertine sfrenchesq@yahoo.com  linda@stephenfrenchlaw.com |
| Stephen William French | on behalf of Joint Debtor Crystal D. Albertine sfrenchesq@yahoo.com  linda@stephenfrenchlaw.com |

TOTAL: 10