**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
12/8/20 8:19 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
THEODORE R. ALBERTINE
CRYSTAL D. ALBERTINE
    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.: 15-10775 TPA

Chapter 13

Document No.: 80

ORDER OF COURT

AND NOW, this ___8th___ day of ___December___, 20_20_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). ~~The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.~~

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:
_[signature]_
U.S. BANKRUPTCY JUDGE   jlm

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 15-10775-TPA

Theodore R. Albertine     Chapter 13

Crystal D. Albertine

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-1    User: jmar    Page 1 of 2
Date Rcvd: Dec 08, 2020    Form ID: pdf900    Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Theodore R. Albertine, Crystal D. Albertine, 17 Fulton Road, Shippenville, PA 16254-1601 |
| cr | + | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, P.O. BOX 9013, Addison, TX 75001-9013 |
| cr | + | NewRez LLC, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14080719 | + | Allied Interstate, 570004099062, PO Box 4000, Warrenton, VA 20188-4000 |
| 14080723 | + | Charlotte B. Shafer, 8 Burma Road, Drums, PA 18222-2822 |
| 14080724 | + | Clarion County Sheriff's Office, Clarion County Courthouse, 421 Main Street, Clarion, PA 16214-1087 |
| 14080725 | + | David A. Shafer, 8 Burma Road, Drums, PA 18222-2822 |
| 14080727 | + | HSBC Bank Nevada, PO Box 5253, Carol Stream, IL 60197-5253 |
| 15159346 | | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14080729 | | Northland Group, Inc., F93793534, PO Box 390846, Minneapolis, MN 55439-0846 |
| 14080732 | | Udren Law Offices, PC, Woodcrest Corporate Cntr, 111 Woodcrest Road, Ste 200, Cherry Hill, NJ 08003-3620 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14080722 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 09 2020 03:41:35 | Capital One Bank, USA, NA, PO Box 30281, Salt Lake City, Utah 84130-0281 |
| 14109663 | + | Email/Text: bankruptcy@cavps.com | Dec 09 2020 03:20:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14080726 | | Email/Text: mrdiscen@discover.com | Dec 09 2020 03:19:00 | Discover Bank, PO Box 15316, Wilmington, Delaware 19850-5316 |
| 14087834 | | Email/Text: mrdiscen@discover.com | Dec 09 2020 03:19:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14080728 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 09 2020 03:38:26 | LVNV Funding LLC, xxxxx8490, PO Box 10497, Greenville, , SC 29603-0497 |
| 14150249 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 09 2020 03:40:00 | LVNV Funding, LLC its successors and assigns as, assignee of Vion Holdings LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14098644 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 09 2020 03:19:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14080730 | + | Email/Text: Bankruptcy.Notices@pnc.com | Dec 09 2020 03:19:00 | PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342-5421 |
| 14080731 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 09 2020 03:41:38 | Resurgent Capital Services, LP, PO Box 10826, Greenville, SC 29603-0826 |

TOTAL: 9

# BYPASSED RECIPIENTS

| District/off: 0315-1 | User: jmar | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 08, 2020 | Form ID: pdf900 | Total Noticed: 20 |

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK NATIONAL ASSOCIATION |
| cr | | PNC Bank, National Association |
| 14080720 | | American Education Services |
| 14080721 | | Harrisburg, PA 17130-0001 |
| cr | * | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |

TOTAL: 4 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2020         Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor PNC Bank  National Association bnicholas@kmllawgroup.com |
| David Neeren | on behalf of Creditor PNC Bank  National Association dneeren@rasnj.com |
| Elizabeth Lamont Wassall | on behalf of Creditor PNC Bank  National Association pabk@logs.com, ewassall@logs.com |
| Lauren Berschler Karl | on behalf of Creditor PNC Bank  National Association lkarl@rascrane.com, lbkarl03@yahoo.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Sindi Mncina | on behalf of Creditor NewRez LLC smncina@rascrane.com |
| Stephen William French | on behalf of Debtor Theodore R. Albertine sfrenchesq@yahoo.com  linda@stephenfrenchlaw.com |
| Stephen William French | on behalf of Joint Debtor Crystal D. Albertine sfrenchesq@yahoo.com  linda@stephenfrenchlaw.com |

TOTAL: 10